**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

TERRY ANDREWS,

    Plaintiff,

v.                                         1:06-CV-131 (WLS)

SGT. PRICE, ET. AL.,

    Defendants.

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 15), filed August 15, 2007. It is recommended that Defendants' motion to dismiss be granted. Neither Plaintiff, nor Defendants, have filed a timely objection.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion to dismiss (Doc. No. 13) is **GRANTED**.

SO ORDERED, this  6th  day of September, 2007.

                                        /s/W. Louis Sands
                                        **W. Louis Sands, Judge
United States District Court**